# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **THOMAS EDWARD PHILLIPS,**   Plaintiff, | ) ) ) | Civil Action No. 7:13-cv-00366 |
| v. | ) ) | **ORDER** |
| **NEW RIVER VALLEY REGIONAL JAIL,**   Defendant. | ) ) ) ) | By:   Hon. Michael F. Urbanski          United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered:  August 13, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge