# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| THOMAS EDWARD PHILLIPS, | ) | Civil Action No. 7:13-cv-00366 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NEW RIVER VALLEY | ) | |
| REGIONAL JAIL, | ) | By:   Hon. Michael F. Urbanski |
|    Defendant. | ) |         United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

        Entered: August 13, 2013

        /s/ Michael F. Urbanski

        Michael F. Urbanski
        United States District Judge